## No. 16,275.

PEOPLE EX REL. METZGER, ATTORNEY GENERAL *v.* DISTRICT COURT OF DENVER ET AL.

(208 P. [2d] 82)

Decided June 13, 1949.

Mr. JOHN W. METZGER, Attorney General, Mr. JOSEPH E. NEWMAN, Deputy, Mr. FRANK A. WACHOB, Assistant, for the people.

Mr. EDWARD C. DAY, judge respondent, Mr. BART W. O'HARA, for respondents.

*En Banc.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

THE question presented herein is identical with the question presented in case No. 16273, entitled, *People of the State of Colorado ex rel. John W. Metzger, Attorney General of the State of Colorado vs. The District Court of the City and County of Denver, State of Colorado, and Edward C. Day, a Judge thereof,* 119 Colo. 451, 208 P. (2d) 79, and the opinion therein announced this day determines the question in this case, and the same orders therein entered will be entered here.

Alternative writ made permanent.